IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CYNTHIA LOWREY, | ) |
| Plaintiff, | ) |
| v. | ) NO. 3:08-cv-00779 |
| | ) JUDGE HAYNES |
| TRITAN GROUP LTD., et al., | ) |
| Defendants. | ) |

## ORDER

In accordance with the Memorandum filed herewith, Plaintiff's motion for partial summary judgment (Docket Entry No. 28) is **GRANTED** as to the liability of Defendants Tritan Group Ltd. and Bruce Most on all of Plaintiff's claims. Defendants' motion to compel arbitration (Docket Entry No. 45) is **GRANTED** as to Timothy Gibbs, but **DENIED** as to Defendants Tritan Group Ltd., Bruce Most, and Eagle Construction Company. Plaintiffs claims against the Defendant Timothy Gibbs are remanded for arbitration.

It is so **ORDERED**.

ENTERED this the 15th July, 2009.

William J. Haynes, Jr.
United States District Judge